# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number  21-MJ-6200-6201-MPK | |
| | Search Warrant Case Number  21-MJ-6208-6217-MPK | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Cesar Alejandro CASTRO Pujols      Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: Nelson Rivera Gonzalez, a/k/a Bryan Canales, a/k/a Jorge Figueroa Astor, a/k/a Yensi Rosario Mendez

Address: (City & State) Milton, Massachusetts

Birth date (Yr only): 1979   SSN (last4#): _____   Sex: M   Race: Hispanic   Nationality: Domincan

**Defense Counsel if known:** Ed Masferrer    Address: 45 Bromfield St, fifth floor

**Bar Number**: _____                              Boston, MA

**U.S. Attorney Information:**

**AUSA** Leah Foley                    Bar Number if applicable _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** In Custody at Plymouth County Correctional Facility since 3/23

**Arrest Date**: 03/23/2021

☑ Already in Federal Custody as of  03/23/2021  in  Plymouth HOC
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/15/2021        Signature of AUSA:  *Leah B. Foley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Cesar Alejandro CASTRO Pujols

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl and cocaine | 1 |
| Set 2 | 18 USC 1956(h) | conspiracy to launder money | 2 |
| Set 3 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____