**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | DEA |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | | |
| | Same Defendant _____ New Defendant _____ | | |
| | Magistrate Judge Case Number | 21-MJ-6200-6201-MPK | |
| | Search Warrant Case Number | 21-6208-6217-MPK | |
| | R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name: Songfeng Chen           Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: 

Address: (City & State) Quincy, Massachusetts

Birth date (Yr only): 1994   SSN (last4#): ____   Sex: M   Race: ____   Nationality: Chinese

**Defense Counsel if known:** Stephen Huggard       Address: 470 Atlantic Avenue

**Bar Number** ____                                       4th Floor
                                                          Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Leah Foley                          Bar Number if applicable ____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**   On release since 3/26

**Arrest Date:** ____

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: US Mag. Judge Kelley   on   03/26/2021

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty  ——  ☐ Misdemeanor  ——  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/15/2021          Signature of AUSA:  *Leah B. Foley*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Songfeng Chen

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | conspiracy to launder money | 1 |
| Set 2 | 18 U.S.C. § 982(a)(1) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____