UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :     21-CR-10120-WGY |
| | : |
| CESAR ALEJANDRO CASTRO PUJOLS, et al | : |
| | : |
| Defendants. | : |

## DEFENDANT SONGFENG CHEN'S ASSENTED TO MOTION FOR RULE 11 DATE

Defendant Songfeng Chen, by and through undersigned counsel, respectfully moves this Court to enter an Order setting this matter for a Rule 11 hearing sometime in June, 2023. The government assents to this motion.

Respectfully submitted,

/s/ Stephen G. Huggard
Stephen G. Huggard (BBO#622699)
stevehuggard@huggardlaw.com
HUGGARD LAW LLC
101 Arch Street, 8th Floor
Boston, Massachusetts 02110
(617) 875-2622

Certificate of Service

I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 10th day of April 2023, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

/s/Stephen G. Huggard